B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of SOUTH CAROLINA

In re: WILLIAM THOMAS JONES  
      ELIZABETH HOWARD JONES

Case No. 15-03173

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X | Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X |
|---|---|

Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:  
Shellpoint Mortgage Servicing  
P.O. Box 10826  
Greenville, SC 29603-0826  
Phone: (800)365-7107  
E-mail: mtgbk@shellpointmtg.com  
Last Four Digits of Acct #: 4420

Court Claim # (if known): 16-1  
Amount of Claim: $72570.36  
Date Claim Filed: 08/19/2015

Phone: (800) 315-4757  
Last Four Digits of Acct. #: 1295

Name and Address where transferee payments should be sent (if different from above):  
Shellpoint Mortgage Servicing  
P.O. Box 10826  
Greenville, SC 29603-0826  
Phone: (800)365-7107  
E-mail: Shellpoint Mortgage Servicing  
Last Four Digits of Acct #: 4420

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat  
    AIS Portfolio Services, LP as agent                             Date 03/28/2018  
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.