**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 15-03173-hb |
| WILLIAM THOMAS JONES and | |
| ELIZABETH HOWARD JONES | |
| | **ORDER GRANTING RELIEF FROM** |
| | **AUTOMATIC STAY** |
| Debtor(s). | |

This matter is before the Court on motion (dkt. #46) of US Bank Trust National Association as Trustee of Cabana Series III Trust ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b) and agreed that any funds realized from the disposition of its collateral in excess of all liens, costs, and expenses will be paid to the trustee or bankruptcy estate. Debtors have withdrawn their response to Movant's motion and the deadline for such response and/or objection has passed, the motion is granted and it is

ORDERED that the automatic stay is lifted as to 108 Salem Road Gaffney, SC 29340 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**02/05/2020**

US Bankruptcy Judge
District of South Carolina

Entered: 02/05/2020